USDC IN/ND case 1:23-cv-00281-HAB-SLC document 5 filed 06/06/23 page 1 of 5

02D09-2306-CC-001298
Allen Superior Court 9

Filed: 6/6/2023 10:41 AM
Clerk
Allen County, Indiana
KS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

DESHANEY HAWTHORNE )
)
      Plaintiff, )
)
v. )
)
EXEL, INC d/b/a DHL SUPPLY CHAIN, )
)
      Defendants. )

## COMPLAINT

Plaintiff alleges against the Defendants that:

1. The Plaintiff is DeShaney Hawthorne, an African American/ Black individual whose sexual orientation is lesbian/gay, and who claims that she was discriminated against on the basis of her race/color and suffered a retaliatory discharge for reporting race/color discrimination and harassment in the workplace, all of which is more specifically described in Plaintiff's Charge of Discrimination. NO. 470-2020-01828. A copy of which is attached hereto and made a part hereof and incorporated herein as Exhibit A.

2. The EEOC issued a Notice of Right to Sue on or about January 26. 2023 (Exhibit B) and this Complaint has been filed within 90 days after receipt thereof.

3. Defendant Exel, Inc d/b/a DHL Supply Chain is a corporation which does business locally at 12747 Bluffton Road, Fort Wayne, Indiana 46809. Excel/DHL's principal place of business is located at 360 Westar Boulevard, Westerville, OH 43082. The Defendant's registered agent is C T Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204. Exel/DHL is an "employer" for purposes of Title VII of the

-1-

Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*.

4. Defendant is/was obligated under 42 U.S.C. § 1981 to treat minorities the same as Caucasians with respect to the terms, conditions, benefits, and privileges of employment, including allowing minorities to enjoy the same contractual at – will benefits of employment as Caucasians.

5. Based upon the facts and the reasons and circumstances set forth in Exhibit A, Charge No. 470-2020-01828, Plaintiff contends that she was discriminated against, harassed, retaliated against, and discharged because of her race and color (African American/ Black) and because she reported discriminatory acts in the workplace which caused and motivated Defendant to terminate Plaintiff for false and pretextual reasons which were in direct retaliation for her complaining about the discrimination/harassment.

6. Plaintiff claims that she suffered damages as a result of the actions of the Defendant which were intentional and in reckless disregard of her federally protected civil rights, including pecuniary damages, a loss of her job- and job-related benefits including lost income/wages, mental anguish, emotional distress, financial distress, humiliation, embarrassment, inconvenience, and other similar damages and injuries.  Plaintiff also claims that she is entitled to punitive damages.

WHEREFORE, Plaintiff prays for judgement against the Defendant, for pecuniary damages, compensatory damages, punitive damages, reasonable attorney's fees and cost, and for all other just and proper relief available under Title VII and 42 U.S.C. § 1981.

**JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/*Christopher C. Myers*
Christopher C. Myers, # 10043-02
Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
*Counsel for Plaintiff*

02:38:49 p.m. 02-27-2020    5

FEB/27/2020/THU 04:13 PM    Allen Superior Court 9    FAX No.    P. 005

Filed: 6/6/2023 10:41 AM
Clerk
Allen County, Indiana
KS

02D05-2306-CC-001298

1EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2020-01828 |
|---|---|---|

Equal Employment Opportunity Commission
State or local Agency, If any

| Name (Indicate Mr., Ms., Mrs.)<br>DeShaney Hawthorne | Home Phone (Incl. Area Code)<br>510-316-2871 | Date of Birth |
|---|---|---|

Street Address: 5856 Turtle Creek Drive, Apt. 3, Fort Wayne, Indiana 46816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>DHL (EXEL) | No. Employees, Members<br>25+ | Phone No. (Include Area Code)<br>260-247-7882 |
|---|---|---|

Street Address: 12747 Bluffton Road, Fort Wayne, Indiana 46809

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify) Sexual Orientation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-16-2019    Latest:
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

At all times relevant to this Complaint, the Complainant was a qualified black (African/American) lesbian female, who worked for the Respondent EXEL in Fort Wayne, Indiana. On October 16, 2019 while the Complainant was at work, a co-worker Randy Arnold, walked past her and grabbed her left buttocks cheek area, firmly. A fellow co-worker, Michael (last name unknown), observed this incident and approached the Complainant, asked her if she found this conduct uncomfortable or inappropriate, and indicating he would be a witness to assist her in reporting this to her supervisor, and informing the Complainant that this employee, Randy Arnold was known to have harassed other females in the workplace, with no repercussions.

The Complainant immediately went to her supervisor/manager, Shannon Ulrick, on the same date (October 16, 2019) and informed him of what had happened. When the Complainant heard nothing further, she contacted the Human Resources Department on November 4, 2019, and was informed that they knew nothing about her complaint. On November 5, 2019, the Complainant utilized the hotline to determine the policy and guidelines for reporting sexual harassment. After doing this, the Complainant was approached on or about November 11, 2019 by Melissa (Head of H.R.) who informed the Complainant that she had not previously heard of this Complaint. Chad Besty, the General Manager, also told the Complainant he had not previously heard of this Complaint on or about that same date.

On or about November 12, 2019, Melissa (the H.R. manager) called the Complainant and informed her that she had come up with a solution and that there would be repercussions for Randy Arnold. However, Complainant notes on November 13, 2019, that Randy Arnold continued to work in the same position with no repercussions. The Complainant asked about this and was informed that it was determined that his "touch" was not as "serious" as she had made in her report, claiming that the witness was now saying it was just a "brush" and not a "grab." The Complainant denied that this was what happened, and stated again that her report was correct – she was grabbed. The Complainant then received a follow up text from Melissa in H.R., indicating that she wanted to talk with the Complainant again and the Complainant agreed.

Continued on page 2

Page 2

On or about November 16, 2019, and before Complainant could meet again with the Human Resources Representative, the Complainant was summarily terminated allegedly for a video she had posted sometime in the past on Facebook. Complainant had never before been approached or disciplined about her Facebook post.

Complainant contends that this reason for termination was false, pre-textual, and in direct retaliation for her complaining about the harassment. Complainant believes that the harassment was directly due to her race (African/American), sex (female) and her sexual orientation, in violation of 42 U.S.C. § 2000 et seq.

The actions of the Respondent were intentional and in reckless disregard of Complainant's federally protected civil rights under Title VII. Complainant was also discriminated against and fired for her sexual orientation (gay female).

Complainant is entitled to compensatory damages for her lost wages and benefits, as well as damages for mental anguish, emotional distress, financial distress, humiliation, embarrassment, inconvenience, and other similar damages and injuries. Complainant is also entitled to punitive damages in that the actions of the Respondent were intentional and in reckless disregard of her federally protected civil rights and Fort Wayne General Ordinance.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - When necessary for State and Local Agency Requirements<br><br>*[signature: Lori K. K...]* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*[signature: DeShawn Hawthorne]* |
| 2/27/20   *[signature: DeShawn Hawthorne]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>2-27-2020<br><br>LORI KAY KOLB — Seal<br>Notary Public - State of Indiana<br>Allen County<br>My Commission Expires Dec 20, 2024 |